*Mary A Schott*

Mary A. Schott
Clerk of Court

Entered on Docket
December 09, 2014

ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email:  robert@nv-lawfirm.com
ROBERT E. OPDYKE, ESQ., Bar No. 12841
**ATKINSON LAW ASSOCIATES LTD.**
8965 S Eastern Ave, Suite 260
Las Vegas, NV 89123
Telephone:  (702) 614-0600
Facsimile:  (702) 614-0647
*Attorney for Brian D. Shapiro, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| In re: | Case No. 14-16815-abl |
|---|---|
| JERRY W. SLUSSER, | Chapter 7 |
| Debtor. | **ORDER GRANTING EX PARTE MOTION FOR 2004 EXAM ON KENNETH M. EMTER** |

Upon the Ex Parte Motion for 2004 Exam on KENNETH M. EMTER ("*2004 Motion*") filed by Trustee BRIAN D. SHAPIRO and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the 2004 Motion is GRANTED, and KENNETH M. EMTER shall appear for an examination on matters within the scope of Bankruptcy Rule 2004(b), with such examination being more than fourteen (14) days after the date the 2004 Motion was filed.

SUBMITTED BY:

      /s/ Robert E. Atkinson
    ROBERT E. ATKINSON, ESQ.
    Nevada Bar No. 9958